IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RASHAD S. OLIPHANT,
    Plaintiff,

vs.                                  Case No. 5:11cv150/RH/CJK

KENNETH RICKERSON,
    Defendant.

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the Court upon plaintiff's response (doc. 5) to a show cause order (doc. 3) issued July 13, 2011.  The order required plaintiff to show cause why this case should not be dismissed for plaintiff's failure to comply with a May 25, 2011 order directing him to file an amended complaint and to either pay the $350.00 filing fee or apply for leave to proceed *in forma pauperis*. Plaintiff responds that he did not intend to initiate a civil rights proceeding.  Plaintiff requests that this case be dismissed without prejudice to his "re-fil[ing] it under the same case no: (if possible)."  (Doc. 5).

The Court construes plaintiff's response as a notice of voluntary dismissal.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action should be dismissed and this case closed.  Plaintiff is advised that his future complaint will be assigned a new case number.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 2nd day of December, 2011.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).